CCC:MRM
F. #2022R00585

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 27 2023 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

BRETT DIROCCO,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

INFORMATION

Cr. No. 23-120 (JMA) (AYS)
(T. 18, U.S.C., §§ 1343 and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

<u>WIRE FRAUD</u>

In or about and between May 2019 and June 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant BRETT DIROCCO, did knowingly and intentionally devise a scheme and artifice to defraud STS Global Incorporated ("STS"), and to obtain money and property from STS by means of materially false and fraudulent pretenses, representations and promises and for the purpose of executing such scheme and artifice, transmitted and caused to be transmitted, by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures and sounds, to wit:

2

unauthorized wire transfers of funds from accounts belonging to STS to bank accounts controlled by DIROCCO.

(Title 18, United States Code, Sections 1343 and 3551 et seq.)

*By Carolyn Pokorny, Assistant U.S. Attorney*
_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2022R00585  
FORM DBD-34  
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

BRETT DIROCCO,

Defendant.

## INFORMATION

(T. 18, U.S.C., 1343 and 3551 et seq.)

*A true bill.*

_____  
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____  
*Clerk*

*Bail, $* _____

*Michael R. Maffei, Assistant U.S. Attorney (631) 715-7890*